IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MONTEZ A. HINES                                                                                      PLAINTIFF

v.                                              Civil No. 6:17-cv-6121

HOT SPRINGS SCHOOL DISTRICT #6                                                       DEFENDANT

# **ORDER**

Before the Court is the Report and Recommendation filed April 16, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 9) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of May, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge